Evelyn V. H. Anderson, Respondent, v. Elliott M. Anderson, Appellant.—

Order modified by reducing amount of alimony to the sum of $1,250 a month, and the counsel fee to the sum of $1,000, and as so modified affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.